1008

[No. 69194-5-I.   Division One.   March 2, 2015.]

THE BANK OF NEW YORK MELLON, *as Trustee, Respondent*, v.
STEPHANIE TASHIRO-TOWNLEY ET AL., *Appellants*.

Appeal from a judgments of the Superior Court for King
County, No. 12-2-06921-2, LeRoy McCullough, J., entered
May 11, May 17, and July 13, 2012. *Affirmed* by unpub-
lished opinion per Leach, J., concurred in by Verellen,
A.C.J., and Dwyer, J.

[No. 70318-8-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY LYNN
TOMLIN, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 10-1-10150-7, Michael J. Trickey, J., entered
May 3 and May 10, 2013. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 70662-4-I.   Division One.   March 2, 2015.]

TBF FINANCIAL, LLC, *Respondent*, v. STAY IN HOME
MORTGAGE, INC., ET AL., *Defendants*, BORIS
PETRENKO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-04884-3, Julie A. Spector, J., entered June
21, 2013. *Affirmed* by unpublished opinion per Dwyer, J.,
concurred in by Verellen, A.C.J., and Leach, J.

[No. 70823-6-I.   Division One.   March 2, 2015.]

ERIK MOSEID ET AL., *Appellants*, v. U.S. BANK NATIONAL
ASSOCIATION, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 13-2-19543-7, Monica J. Benton, J., entered July
30, 2013. *Affirmed* by unpublished opinion per Leach, J.,
concurred in by Verellen, A.C.J., and Dwyer, J.